**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| SOLORZANO RODRIGUEZ SEUZI,<br>Petitioner,<br>v.<br>ADELANTO ICE PROCESSING CENTER WARDEN,<br>Respondent. | Case No. 5:26-cv-02537-SSS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed by the deadline.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. The Report and Recommendation of the United States Magistrate Judge (Dkt. 26) is **ACCEPTED**.

2. The Petition for Writ of Habeas Corpus is **GRANTED** in part.

3. Respondent is **ORDERED** to immediately release Petitioner Solorzano Rodriguez Seuzi (A-Number: "024-787-004") subject to the terms of his preexisting order of supervision.

4. Respondent is enjoined from re-detaining Petitioner until there is a significant likelihood of his lawful removal to a properly designated country in the reasonably foreseeable future.

5. Respondent shall immediately return any confiscated property and documents to Petitioner upon release.

6. Respondent is further **ORDERED** to file a Notice of Release within three (3) court days confirming Petitioner's release.

Date: August 19, 2026

SUNSHINE SUZANNE SYKES
United States District Judge