JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| SOLORZANO RODRIGUEZ SEUZI,<br><br>Petitioner,<br><br>v.<br><br>ADELANTO ICE PROCESSING CENTER WARDEN,<br><br>Respondent. | Case No. 5:26-cv-02537-SSS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED in part.

1. Respondent is ORDERED to immediately release Petitioner Solorzano Rodriguez Seuzi (A-Number: "024-787-004") from custody subject to the terms of his preexisting order of supervision.

2. Respondent is enjoined from re-detaining Petitioner until there is a significant likelihood of his lawful removal to a properly designated country in the reasonably foreseeable future.

///

///

///

3. Respondent is ordered to file a Notice of Release within three (3) court days confirming Petitioner's release.

Date: August 19, 2026

SUNSHINE SUZANNE SYKES
United States District Judge